RECEIVED
IN ALEXANDRIA, LA

OCT 1 8 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION


DAWN R. FERGUSON

VERSUS

MICHAEL ASTRUE, COMMISSIONER
    OF SOCIAL SECURITY

CIVIL ACTION NO. 09-cv-730

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T

For the reasons contained in the Report and Recommendation of
the Magistrate Judge previously filed herein, and after independent
(de novo) review of the record including the objections filed
herein, and having determined that the findings and recommendations
are correct under the applicable law;

IT IS ORDERED that the finding that Ferguson is not disabled
be REVERSED and the matter be REMANDED for further proceedings
consistent with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_,
Louisiana, on this _18_ day of _October_, 2010.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE